No. P69/65.—G. Joannou Cycle Co. *v.* United States, protest 58/16150 (San Francisco).

No. P69/66.—Sumitomo Shoji N.Y., Inc. *v.* United States, protests 60/4233, 60/20159, and 60/22270 (Los Angeles).

NEWMAN, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of horns similar in all material respects to those the subject of *S. Hiller & Co. et al.* v. *United States* (59 Cust. Ct. 79, C.D. 3082), the claim of the plaintiffs was sustained.